NOT FOR PUBLICATION                                                                                          CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABDEL-WHAB, | Hon. Faith S. Hochberg |
| Plaintiff, | Civil No. 04-1846 (FSH) |
| v. | **ORDER** |
| MIDDLESEX COUNTY, NJ, et al. | Date: June 27, 2006 |
| Defendants. | |

**HOCHBERG, District Judge**,

    This matter comes before the Court upon Magistrate Judge Shwartz's Report and Recommendation of May 8, 2006, in which the Magistrate Judge recommended dismissal of Plaintiff's Complaint as an appropriate sanction for Plaintiff's repeated failures to participate in his deposition, for his failure to submit his written narrative statement of the facts, exhibit list, and a summary of the testimony of each witness he intends to introduce at trial, and for his failure to show cause as to why his Complaint should not be dismissed; and this Court having received no objections to the May 8, 2006 Report and Recommendation of Magistrate Judge Shwartz; and the time to file and serve such objections having expired; and this Court having reviewed de novo the Report and Recommendation; and good cause appearing,

    **IT IS** on this 27th day of June, 2006,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED**; and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**
